In the Matter of the Claim of KATHERINE A. KAISER et al.,
Respondents, against U. S. O. CAMP SHOWS, INC., et al.,
Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued June 13, 1946; decided July 23, 1946.

*James I. McGuire* and *George A. Garvey* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Isaac Frank* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.